**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1118**

JOHN CROLEY,

Plaintiff - Appellant,

versus

HUNTING CREEK CLUB CONDOMINIUM ASSOCIATION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Senior District Judge.  (1:05-cv-01326-CMH)

Submitted:  September 28, 2006      Decided:  October 4, 2006

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Croley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Croley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Croley v. Hunting Creek Club Condominium Assoc.</u>, No. 1:05-cv-01326-CMH (E.D. Va. Dec. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>